**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **ATMI PACKAGING, INC.** | |
| Plaintiff, | Civil Action No.: 1:10-cv-11247-RGS |
| v. | |
| **MILLIPORE CORPORATION,** and **THERMO FISHER SCIENTIFIC, INC.** | |
| Defendants. | |

**PLAINTIFF ATMI PACKAGING, INC.'S REPLY TO THERMO FISHER SCIENTIFIC, INC.'S COUNTERLCIAMS**

Plaintiff, ATMI Packaging, Inc. ("ATMI"), hereby replies to the Counterclaims of

defendant Thermo Fisher Scientific, Inc. ("Thermo Fisher") as follows:

82.    Admitted.

83.    ATMI admits that it is a Minnesota corporation with a principal place of business at

10851 South Louisiana Avenue, South Bloomington, Minnesota.

**JURISDICTION AND VENUE**

84.    ATMI admits that Thermo Fisher's Counterclaims purport to state claims under the

Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and the patent laws of the United

States, Title 35 U.S.C. §§ 1 et seq.

85.    Admitted.

86.    Admitted.

87.    Admitted.

**COUNT I**
**DECLARATORY JUDGMENT OF [ALLEGED]**
**NON-INFRINGEMENT OF U.S. PATENT NO. 7,695,186**

88.    ATMI repeats and realleges the responses to Paragraphs 82-87 as if fully set

forth herein.

89.    Admitted.

90.    Denied.

91.    Denied.

**COUNT II**
**DECLARATORY JUDGMENT OF [ALLEGED]**
**INVALIDITY OF U.S. PATENT NO. 7,695,186**

92.    ATMI repeats and realleges the responses to Paragraphs 82-91 as if fully set

forth herein.

93.    Admitted.

94.    Denied.

95.    Denied.

**COUNT III**
**DECLARATORY JUDGMENT OF [ALLEGED]**
**NON-INFRINGEMENT OF U.S. PATENT NO. 7,481,572**

96.    ATMI repeats and realleges the responses to Paragraphs 82-95 as if fully set

forth herein.

97.    Admitted.

98.    Denied.

99.    Denied.

## COUNT IV
## DECLARATORY JUDGMENT OF [ALLEGED]
## <u>INVALIDITY OF U.S. PATENT NO. 7,481,572</u>

100.    ATMI repeats and realleges the responses to Paragraphs 82-99 as if fully set

forth herein.

101.    Admitted.

102.    Denied.

103.    Denied.

## COUNT V
## DECLARATORY JUDGMENT OF [ALLEGED]
## <u>NON-INFRINGEMENT OF U.S. PATENT NO. 7,086,778</u>

104.    ATMI repeats and realleges the responses to Paragraphs 82-103 as if fully set

forth herein.

105.    Admitted.

106.    Denied.

107.    Denied.

## COUNT VI
## DECLARATORY JUDGMENT OF [ALLEGED]
## <u>INVALIDITY OF U.S. PATENT NO. 7,086,778</u>

108.    ATMI repeats and realleges the responses to Paragraphs 82-107 as if fully set

forth herein.

109.    Admitted.

110.    Denied.

111.    Denied.

**COUNT VII**
**DECLARATORY JUDGMENT OF [ALLEGED]**
**NON-INFRINGEMENT OF U.S. PATENT NO. 7,434,983**

112.     ATMI repeats and realleges the responses to Paragraphs 82-111 as if fully set

forth herein.

113.     Admitted.

114.     Denied.

115.     Denied.


**COUNT VIII**
**DECLARATORY JUDGMENT OF [ALLEGED]**
**INVALIDITY OF U.S. PATENT NO. 7,434,983**

116.     ATMI repeats and realleges the responses to Paragraphs 82-115 as if fully set

forth herein.

117.     Admitted.

118.     Denied.

119.     Denied.


**COUNT IX**
**DECLARATORY JUDGMENT OF [ALLEGED]**
**NON-INFRINGEMENT OF U.S. PATENT NO. 7,469,884**

120.     ATMI repeats and realleges the responses to Paragraphs 82-119 as if fully set

forth herein.

121.     Admitted.

122.     Denied.

123.     Denied.

## COUNT X
## DECLARATORY JUDGMENT OF [ALLEGED]
## INVALIDITY OF U.S. PATENT NO. 7,469,884

124.    ATMI repeats and realleges the responses to Paragraphs 82-123 as if fully set

forth herein.

125.    Admitted.

126.    Denied.

127.    Denied.


## COUNT XI
## DECLARATORY JUDGMENT OF [ALLEGED]
## NON-INFRINGEMENT OF U.S. PATENT NO. 7,384,027

128.    ATMI repeats and realleges the responses to Paragraphs 82-127 as if fully set

forth herein.

129.    Admitted.

130.    Denied.

131.    Denied.


## COUNT XII
## DECLARATORY JUDGMENT OF [ALLEGED]
## INVALIDITY OF U.S. PATENT NO. 7,384,027

132.    ATMI repeats and realleges the responses to Paragraphs 82-131 as if fully set

forth herein.

133.    Admitted.

134.    Denied.

135.    Denied.

**RELIEF REQUESTED**

WHEREFORE, ATMI respectfully requests this Court to grant the following relief, and

any other relief the Court may deem proper:

A.      Enter judgment in favor of ATMI on all claims pleaded by ATMI;

B.      Enter judgment in favor of ATMI on all affirmative defenses and counterclaims pleaded

by Thermo Fisher;

C.      Enter judgment that Thermo Fisher infringes U.S. Patent No. 7,695,186, U.S. Patent No.

7,481,572, U.S. Patent No. 7,086,778, U.S. Patent No. 7,434,983, U.S. Patent No. 7,469,884 and

U.S. Patent No. 7,384,027 in violation of 35 U.S.C. § 271 *et seq.*

D.      Temporarily, preliminarily and permanently enjoin Thermo Fisher, its officers, agents,

employees and representatives, and all those controlled by or acting in concert or privity with

them, from infringing U.S. Patent No. 7,695,186, U.S. Patent No. 7,481,572, U.S. Patent No.

7,086,778, U.S. Patent No. 7,434,983, U.S. Patent No. 7,469,884 and U.S. Patent No. 7,384,027.

E.      Award ATMI monetary damages for Thermo Fisher's infringement of U.S. Patent No.

7,695,186, U.S. Patent No. 7,481,572, U.S. Patent No. 7,086,778, U.S. Patent No. 7,434,983,

U.S. Patent No. 7,469,884 and U.S. Patent No. 7,384,027.

F.      Award ATMI treble damages and its attorneys' fees for Thermo Fisher's willful

infringement of U.S. Patent No. 7,086,778.

G.      Award ATMI increased damages pursuant to 35 U.S.C. § 284;

H.      Declare this case exceptional and award ATMI its attorneys' fees and expenses

pursuant to 35 U.S.C. § 285;

I.      Award ATMI its interest and costs incurred in this action; and

J.      Award ATMI all other relief deemed just and proper by the Court.

## DEMAND FOR JURY TRIAL

ATMI demands trial by jury for all issues so triable.


**ATMI PACKAGING, INC.**

Date:  February 8, 2011                    By:    /s/ Paul J. Cronin
                                                 Paul J. Hayes (BBO# 227,000)
                                                 pjhayes@mintz.com
                                                 Paul J. Cronin (BBO# 641,230)
                                                 pjcronin@mintz.com
                                                 **MINTZ LEVIN COHN FERRIS**
                                                 **GLOVSKY & POPEO, P.C.**
                                                 One Financial Center,
                                                 Boston, MA  02111
                                                 617.542.6000 (telephone)
                                                 617.542.2241 (facsimile)

                                                 *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

                                             /s/  Paul J. Cronin
                                                 Paul J. Cronin