UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ATMI PACKAGING, INC.**<br><br>Plaintiff,<br><br>v.<br><br>**MILLIPORE CORPORATION**<br><br>Defendant. | Civil Action No.: 1:10-cv-11247-RGS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff ATMI Packaging, Inc. ("ATMI") and Defendant Millipore Corporation ("Millipore"), by and through their respective undersigned counsel, hereby agree and stipulate that, (i) this action (including all claims and counterclaims thereof) be and hereby is dismissed with prejudice as to ATMI and Millipore, (ii) each party shall bear its own costs, fees and expenses, and (iii) all rights of appeal and attorneys' fees have been waived.

06011018

Dated: December 29, 2011                                     Respectfully submitted,

By:     /s/ Paul J. Cronin                              By:     /s/ Susan G. L. Glovsky
Paul J. Hayes (BBO# 227,000)                    Susan G. L. Glovsky (BBO# 195880)
pjhayes@hbcllc.com                                       susan.glovsky@hbsr.com
Paul J. Cronin (BBO# 641,230)                    Lawrence P. Cogswell III, Ph.D. (BBO# 664396)
pcronin@hbcllc.com                                       lawrence.cogswell@hbsr.com
**HAYES BOSTOCK & CRONIN LLC**            **Hamilton, Brook, Smith & Reynolds, P.C.**
300 Brickstone Square, Suite 901                 530 Virginia Road
Andover, Massachusetts 01810                     Concord, Massachusetts  01742
978.809.3850 (Telephone)                             978.341.0036 (Telephone)
978.809.3869 (Facsimile)                              978.341.0136 (Facsimile)

*Attorneys for Plaintiff*                                    *Attorneys for Defendant*
*ATMI Packaging, Inc.*                                  *Millipore Corporation*

CERTIFICATE OF SERVICE

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 29, 2011.

                                                                    /s/Paul J. Cronin
                                                                    Paul J. Cronin